Form RSC13

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 24−70451−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael D. Bricks | Angela R. Bricks |
| 228 Columbus Avenue | 228 Columbus Avenue |
| Cresson, PA 16630 | Cresson, PA 16630 |

Social Security No.:
  xxx−xx−9686                                                           xxx−xx−5763

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Timothy J. Sloan | Ronda J. Winnecour |
| 171 Lovell Avenue | Suite 3250, USX Tower |
| Suite 202 | 600 Grant Street |
| Ebensburg, PA 15931−4348 | Pittsburgh, PA 15219 |
| Telephone number: 814−471−6771 | Telephone number: 412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| February 10, 2025 | February 10, 2025 |
| 01:00 PM | 01:00 PM |
| Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861 | Same location as Meeting of Creditors |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 1/14/25                                                        BY THE COURT

                                                                      Jeffery A. Deller
                                                                      Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-70451-JAD |
| Michael D. Bricks | Chapter 13 |
| Angela R. Bricks | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 14, 2025 | Form ID: rsc13 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael D. Bricks, Angela R. Bricks, 228 Columbus Avenue, Cresson, PA 16630-1233 |
| 16454879 | #+ | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2025 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2025 23:56:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 14 2025 23:55:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16454875 | + | Email/Text: bankruptcy@rentacenter.com | Jan 14 2025 23:57:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 16466558 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 15 2025 00:06:47 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16454876 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 14 2025 23:55:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 16454877 | + | Email/Text: ARUGGLES@ARCFCU.ORG | Jan 14 2025 23:55:00 | Arc Federal Credit Uni, 1919 7th Avenue, Altoona, PA 16602-2237 |
| 16454878 | + | Email/Text: dylan.succa@commercialacceptance.net | Jan 14 2025 23:56:00 | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 16454880 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 15 2025 00:18:45 | First Premier Bank, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 16480778 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 14 2025 23:56:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 16454881 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 14 2025 23:56:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 16459089 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2025 23:54:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16454882 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 24-70451-JAD  Doc 25  Filed 01/16/25  Entered 01/17/25 00:34:41  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 14, 2025 | Form ID: rsc13 | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Jan 15 2025 00:06:16 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 16478749 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 15 2025 00:18:24 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 16454883 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 14 2025 23:55:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 16454884 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 15 2025 00:06:40 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 16454885 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 15 2025 00:05:07 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16454888 | | Email/Text: docmanager@premierrents.com | Jan 14 2025 23:55:00 | The Premier Companies, Attn: Bankruptcy, 925 Capital Landing Rd, Ste B, Williamsburg, VA 23185 |
| 16459780 | + | Email/Text: ebnpeoples@grblaw.com | Jan 14 2025 23:55:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16454887 | + | Email/Text: bankruptcy@sw-credit.com | Jan 14 2025 23:56:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 16454886 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jan 14 2025 23:56:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 16454889 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 14 2025 23:57:00 | TSI, Attn: Bankruptcy, Po Box 15130, Wilmington, DE 19850-5130 |
| 16481383 | | Email/Text: BNCnotices@dcmservices.com | Jan 14 2025 23:56:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16467040 | | Email/Text: EDBKNotices@ecmc.org | Jan 14 2025 23:55:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | MIDFIRST BANK |
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brent J. Lemon | on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Timothy J. Sloan | on behalf of Joint Debtor Angela R. Bricks sloanlawpc@gmail.com  notices@uprightlaw.com;sloantr92635@notify.bestcase.com |
| Timothy J. Sloan | on behalf of Debtor Michael D. Bricks sloanlawpc@gmail.com  notices@uprightlaw.com;sloantr92635@notify.bestcase.com |

TOTAL: 6