UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:
Michael D. Bricks and Angela R. Bricks              :         CASE NO.: 24-70451
                                                    :
    Debtors.                                        :         Chapter 13
                                                    :
                                                    :         Doc. No.

MIDFIRSTBANK, it successors and/or assigns,
    Movant
Vs.

Michael D. Bricks
Angela R. Bricks

    and

Rhonda J. Winnecour, Trustee,
    Respondents

## RESPONSE TO MOTION FOR RELIEF FROM STAY

NOW COMES the Debtors, Michael D. Bricks and Angela R. Bricks, by and through their attorney, Timothy J. Sloan, Esquire and do file the within Response to Motion for Relief From Stay as follows:

1. The Respondent Debtors acknowledge that they are in arrears on their Chapter 13 Plan payments,, However it is asserted that the amount of the arrears is $6,260.00.

2. Debtor, Michael Bricks was unemployed for approximately three months in 2025 due to a loss of his job.

3. Michael D. Bricks is currently employed and a Wage Attachment Order was served upon his employer on November 24, 2025 so that all future Plan payment will be submitted by his employer.

4. The Debtors are filing a Modification of the Plan so that all arrearages in payments will be cured.

5. The Debtors aver that they should be permitted another chance to keep payments current as the property in question is residential real estate which serves and the residence for the Debtors and their four minor children.

WHEREFORE, the Respondents do pray this Honorable Court to Dismiss the Movant's Motion for relief from stay.

Respectfully submitted:

/s/ Timothy J. Sloan,
Timothy J. Sloan, Esquire
SLOAN LAW OFFICE, P.C.
171 Lovell Avenue
Ebensburg, PA 1531
(814) 471-6771
PA ID# 49728