UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:
Michael D. Bricks and Angela R. Bricks             :        CASE NO.: 24-70451
                                                   :
Debtors.                                           :        Chapter 13
                                                   :
                                                   :        Doc. No.

**DOCUMENTARY PROOF OF PAYMENT**

NOW COMES the Debtors, Michael D. Bricks and Angela R. Bricks, by and through their attorney, Timothy J. Sloan, Esquire and do file the within Documentary Proof of Payment as follows:

1. The Chapter 13 Trustee's office filed a Certificate of Default Requesting Dismissal of Case on December 10, 2025 (Doc. No. 48).

2. The monthly plan payment is currently $1,379.00.

3. Since December 10, 2025, the Debtors have made payment in the amount of one thousand three hundred and eighty dollars to the Chapter 13 Trustee, by means of money orders, copies of which are attached hereto as Exhibit "A." The Trustee's printout of Debtors' payment history is attached hereto as Exhibit "B" (as of the date of this filing the Trustee's pay printout does not yet reflect the latest payments).

                                        Respectfully submitted:

                                        /s/ Timothy J. Sloan,
                                        Timothy J. Sloan, Esquire
                                        SLOAN LAW OFFICE, P.C.
                                        171 Lovell Avenue
                                        Ebensburg, PA 1531
                                        (814) 471-6771
                                        PA ID# 49728



Yahoo Mail: Search, Organize, Conquer

EXHIBIT "A"

| 24-70451JAD | MICHAEL D. BRICKS (xxx-xx-9686) | 228 COLUMBUS AVENUE • • CRESSON • PA • 16630 | $1,379.00 MO | Bar Date(s): | 1/8/2025 (has passed) 4/27/202 (has passed) |
|---|---|---|---|---|---|
| | ANGELA R. BRICKS (xxx-xx-5763) | 228 COLUMBUS AVENUE • • CRESSON • PA • 16630 | | Confirmed: | 2/11/2025 |
| | Trustee: Ronda J. Winnecour | Attorney: TIMOTHY J SLOAN ESQ | | Case Status: | ACTIVE |

## Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 11/1/2024 | 3.00 | $1,240.00 | MONTHLY | MICHAEL D. BRICKS | | None |
| 2/1/2025 | 10.00 | $1,379.00 | MONTHLY | MICHAEL D. BRICKS | | None |
| 12/1/2025 | end of plan | $1,379.00 | MONTHLY | MICHAEL D. BRICKS | 11/20/2025 | None |

## Forgive Information

| Date | Amount | Description |
|---|---|---|
| 1/31/2025 | $2,420.00 | CONF OE 2-11-25 |

### Payments Expected for Step 1:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 11/1/2024 | 11/30/2024 | $1,240.00 | $1,240.00 |
| 2 | 12/1/2024 | 12/31/2024 | $1,240.00 | $2,480.00 |
| 3 | 1/1/2025 | 1/31/2025 | $1,240.00 | $3,720.00 |
| Total | | | | $3,720.00 |

### Payments Expected for Step 2:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 2/1/2025 | 2/28/2025 | $1,379.00 | $1,379.00 |
| 2 | 3/1/2025 | 3/31/2025 | $1,379.00 | $2,758.00 |
| 3 | 4/1/2025 | 4/30/2025 | $1,379.00 | $4,137.00 |
| 4 | 5/1/2025 | 5/31/2025 | $1,379.00 | $5,516.00 |
| 5 | 6/1/2025 | 6/30/2025 | $1,379.00 | $6,895.00 |
| 6 | 7/1/2025 | 7/31/2025 | $1,379.00 | $8,274.00 |
| 7 | 8/1/2025 | 8/31/2025 | $1,379.00 | $9,653.00 |
| 8 | 9/1/2025 | 9/30/2025 | $1,379.00 | $11,032.00 |
| 9 | 10/1/2025 | 10/31/2025 | $1,379.00 | $12,411.00 |
| 10 | 11/1/2025 | 11/30/2025 | $1,379.00 | $13,790.00 |
| Total | | | | $13,790.00 |

### Payments Expected for Step 3:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 12/1/2025 | 12/31/2025 | $1,379.00 | $1,379.00 |
| 2 | 1/1/2026 | 1/31/2026 | $1,379.00 | $2,758.00 |
| 3 | 2/1/2026 | 2/28/2026 | $1,379.00 | $4,137.00 |
| 4 | 3/1/2026 | 3/31/2026 | $1,379.00 | $5,516.00 |
| 5 | 4/1/2026 | 4/30/2026 | $1,379.00 | $6,895.00 |
| 6 | 5/1/2026 | 5/31/2026 | $1,379.00 | $8,274.00 |
| 7 | 6/1/2026 | 6/30/2026 | $1,379.00 | $9,653.00 |
| 8 | 7/1/2026 | 7/31/2026 | $1,379.00 | $11,032.00 |
| 9 | 8/1/2026 | 8/31/2026 | $1,379.00 | $12,411.00 |
| 10 | 9/1/2026 | 9/30/2026 | $1,379.00 | $13,790.00 |
| 11 | 10/1/2026 | 10/31/2026 | $1,379.00 | $15,169.00 |
| 12 | 11/1/2026 | 11/30/2026 | $1,379.00 | $16,548.00 |
| 13 | 12/1/2026 | 12/31/2026 | $1,379.00 | $17,927.00 |
| 14 | 1/1/2027 | 1/31/2027 | $1,379.00 | $19,306.00 |
| 15 | 2/1/2027 | 2/28/2027 | $1,379.00 | $20,685.00 |
| 16 | 3/1/2027 | 3/31/2027 | $1,379.00 | $22,064.00 |
| 17 | 4/1/2027 | 4/30/2027 | $1,379.00 | $23,443.00 |
| 18 | 5/1/2027 | 5/31/2027 | $1,379.00 | $24,822.00 |
| 19 | 6/1/2027 | 6/30/2027 | $1,379.00 | $26,201.00 |
| 20 | 7/1/2027 | 7/31/2027 | $1,379.00 | $27,580.00 |
| 21 | 8/1/2027 | 8/31/2027 | $1,379.00 | $28,959.00 |
| 22 | 9/1/2027 | 9/30/2027 | $1,379.00 | $30,338.00 |
| 23 | 10/1/2027 | 10/31/2027 | $1,379.00 | $31,717.00 |
| 24 | 11/1/2027 | 11/30/2027 | $1,379.00 | $33,096.00 |
| Total | | | | $33,096.00 |

EXHIBIT "B"

Breakdown for Combined Schedules

| # | Date | Amount | Payment | Note | Balance |
|---|------|--------|---------|------|---------|
| 2 | 12/2024 | $1,240.00 | | | $2,489.00 |
| 3 | 1/2025 | $1,240.00 | $1,300.00 | $2,420.00 (CONF OF 2-11-25) | $0.00 |
| 4 | 2/2025 | $1,379.00 | $1,240.00 | | $139.00 |
| 5 | 3/2025 | $1,379.00 | $1,379.00 | | $139.00 |
| 6 | 4/2025 | $1,379.00 | $1,400.00 | | $118.00 |
| 7 | 5/2025 | $1,379.00 | | | $1,497.00 |
| 8 | 6/2025 | $1,379.00 | | | $2,876.00 |
| 9 | 7/2025 | $1,379.00 | $2,010.00 | | $2,245.00 |
| 10 | 8/2025 | $1,379.00 | | | $3,624.00 |
| 11 | 9/2025 | $1,379.00 | $1,000.00 | | $4,003.00 |
| 12 | 10/2025 | $1,379.00 | | | $5,382.00 |
| 13 | 11/2025 | $1,379.00 | | | $6,761.00 |
| 14 | 12/2025 | $1,379.00 | $500.00 | -- | $7,640.00 ✓ |

Total Delinquent Amount: $7,640.00



Form COD

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
                                  Bankruptcy Case No.: 24-70451-JAD  
                                  Chapter: 13

**Michael D. Bricks**  
**Angela R. Bricks**  
   Debtor(s)

## ORDER DIRECTING FURTHER ACTION IN RESPONSE TO CHAPTER 13 TRUSTEE'S CERTIFICATE OF DEFAULT REQUESTING DISMISSAL

**WHEREAS**, the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case*, alleging that the Debtor(s) failed to make regular plan payments and is in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **twenty-one (21) days from the date of this Order**, Debtor(s) must file (1) *Documentary Proof of Payment* according to the accompanying Instructions, (2) a *Notarized Affidavit or Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes (a) an explanation of Debtor(s)' failure to comply with the current plan payment and/or (b) a statement setting forth why the Debtor(s) disputes the *Certificate of Default*.

**IT IS FURTHER ORDERED** that to the extent the Debtor(s) does not contest that the Debtor(s) is in default of the current plan, the Debtor(s) shall file **one** of the following within twenty-one (21) days of the date of this Order to avoid dismissal of the instant bankruptcy case:

A. a *Notice of Proposal to Cure Plan Defaults* in a form that substantially complies with the form available on Judge Deller's 'Forms' webpage (and which can be directly accessed at https://www.pawb.uscourts.gov/sites/default/files/forms/jad-form-024.pdf). Said Notice shall include a date and time for the Conciliation Conference on the proposed cure selected from a date listed on the Trustee's Website, which date shall be no less than 30 and no more than 60 days after the date of the Notice;

**OR**

B. a *Notice of Proposed Modification to Plan* (in a form which substantially complies with the form found on Judge Deller's 'Forms' webpage and can be directly accessed at https://www.pawb.uscourts.gov/sites/default/files/forms/jad-form-025.pdf) and an *Amended Plan*. (in accordance with the provisions of the *Chapter 13 Initial Case Management Order*) to the extent the Debtor(s) assert they can confirm and perform an *Amended Plan* to remain in Chapter 13. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) defaults on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED**, without further notice or hearing;

**OR**

C. a *Stipulated Order Modifying Plan* in a form that substantially complies with the form available on Judge Deller's 'Forms' webpage (and which can be directly access at https://www.pawb.uscourts.gov/sites/default/files/forms/jad-form-023.pdf), and filed in accordance with the procedures as set forth in the *Chapter 13 Initial Case Management Order* regarding Stipulated Orders Modifying Plans.

Provided the Debtor(s) files a *Notice of Proposal to Cure Plan Defaults* or a *Notice of Proposed Modification to Plan* and *Amended Plan* the matter will follow the Court's standard conciliation/confirmation process as set forth in the *Chapter 13 Initial Case Management Order.*

Dated: December 10, 2025  
                                                                              Jeffery A. Deller  
                                                                              United States Bankruptcy Judge