UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:
Michael D. Bricks and Angela R. Bricks      :     CASE NO.: 24-70451
                                            :
    Debtors.                                :     Chapter 13
                                            :
                                            :     Doc. No.

**NOTARIZED AFFIDAVIT**

NOW COMES the Debtors, Michael D. Bricks and Angela R. Bricks, by and through their attorney, Timothy J. Sloan, Esquire and do file the within Notarized Affidavit as follows:

1. The Debtors' current mailing address is: 228 Columbus Avenue, Cresson, PA 16630.
2. The reason that the Debtor's fell behind in payments is that Michael Bricks lost his employment in May of 2025 and was out of work for a number of months. Since then, Mr. Bricks gained new employment and a Wage Attachment Order has been served upon his employer.
3. Debtors will file a Modification to the current Plan to cure all payment arrearages.

We, Michael D. Bricks and Angela R. Bricks, verify that the statements made in the foregoing Affidavit are true and correct to the best of our knowledge and belief. I understand that false statements herein are made subject to the penalties provided by 18 Pa C.S. Section 4904, relating to unsworn falsification to authorities.

Dated: /2-29-25

_____
Angela R. Bricks

_____
Michael D. Bricks

Sworn or affirmed to and acknowledged before me by Angela R. Bricks and Michael D. Bricks this 29th day of December, 2025.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA - NOTARY SEAL
Samantha Rose Gittings Notary Public
Cambria County
My Commission Expires 8/21/2027
Commission #1438036