FILED
12/31/25 10:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Michael D. Bricks & Angela R. Bricks,

    Debtors.

MIDFIRST BANK,

    Movant,

VS.

Michael D. Bricks & Angela R. Bricks,

    Respondents.

NO. 24-70451 JAD

Chapter 13

Related to Docs: 45, 46, 51

Hearing Dat: January 6, 2026

Doc. # 55

## ORDER

Upon consideration of the Motion filed by MIDFIRST BANK it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for January 6, 2026 at 10:00 a.m. is hereby continued for 30 days to February 10, 2026 at 10:00 am in Courtroom D, 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh PA 15219. Parties may also appear via Zoom. To participate via Zoom please see Judge Deller's procedures regarding Remote Participation.

By the Court,

Dated: December 31, 2025

_____ J.
    jsf
Jeffery A. Deller
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-70451-JAD |
| Michael D. Bricks | Chapter 13 |
| Angela R. Bricks | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 31, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael D. Bricks, Angela R. Bricks, 228 Columbus Avenue, Cresson, PA 16630-1233 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Jeffrey Hunt | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| Timothy J. Sloan | |
| | on behalf of Joint Debtor Angela R. Bricks sloanlawpc@gmail.com notices@uprightlaw.com;sloantr92635@notify.bestcase.com |
| Timothy J. Sloan | |

District/off: 0315-7     User: auto     Page 2 of 2
Date Rcvd: Dec 31, 2025     Form ID: pdf900     Total Noticed: 1

on behalf of Debtor Michael D. Bricks sloanlawpc@gmail.com notices@uprightlaw.com;sloantr92635@notify.bestcase.com

TOTAL: 6