IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Michael D. Bricks and Angela R. Bricks,<br>　　　　　　　Debtor(s) | Bankruptcy No. 24-70451-JAD |
| Michael D. Bricks and Angela R. Bricks,<br>Debtor(s), Movants | Chapter 13<br>Related to Trustee Certificate of Default at Doc. No. 48 and Order requiring response at Doc. No. 49 |
| v.<br>Rhonda J. Winnecour, Chapter 13 Trustee<br>Respondent | |

### NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS

1. Debtors propose to cure thee plan default as pleaded in the Trustee's Certificate of Default.
2. The cure shall be effected as follows:
    a. The Trustee's Certificate indicated a plan deficiency in the amount of $8,140.00;
    b. Since the filing of the Trustee's Certificate, the Debtors have made plan payments in the amount of $1,880.00, thereby reducing the current deficiency to $6,260.00;
    c. Beginning in January and for each of the 47 months remaining in the plan, the Debtor will increase the monthly plan payment to $1,515.00 to cure the current deficiency by the end of the plan;
    d. A new wage attachment Order will be obtained upon approval of this proposal.
3. All Objections to the proposed cure must be filed and served no later than 21 days after the date of this Notice upon the Debtors and Chapter 13 Trustee. Untimely Objections will not be considered. Any Creditor who files a timely Objection to the cure must appear at the scheduled Conciliation Conference on the proposed cure.
4. A virtual (via Zoom) Conciliation Conference on the proposed cure will be held on JANUARY 29, 2026, at 11:30 a.m., Before the Chapter 13 Trustee. The table and meeting I.D., to participate by Zoom (and telephone number and meeting I.D. to participate by phone, if you lack the ability to participate by Zoom), can be found at http://www,ch13pitt.com/calendar/ several days before the meeting. Parties are expected to familiarize themselves with the Trustee's website at http://www.ch13pitt.com/ and to comply with the procedures set forth at that site for conference participation.