IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| Michael D. Bricks and Angela R. Bricks, | : Bankruptcy No. 24-70451-JAD |
| Debtor(s) | : |
| | : Chapter 13 |
| Michael D. Bricks and Angela R. Bricks, | : |
| Debtor(s) Movant | : |
| | : Related to Document No. |
| v. | : |
| Veeder-Root, Co. | : |
| Respondent | : |
| | : |

## CERTIFICATE OF SERVICE

I, the undersigned certify that I am, and at all time hereinafter mentioned, was more than 18 years of age:

That on the 30th day of January, 2026, I served a true and correct copy of the Wage Attachment Order, dated January 29, 2026, and the Notification of Debtor's Social Security Number via first class mail to:

VEEDER-ROOT, Co.
ATTN: PAYROLL SERVICES
2709 Route 764
Duncansville, PA 16635

Executed on: January 30, 2026

                                         /S/ Timothy J. Sloan
                                         Timothy J. Sloan, Esquire
                                         171 Lovell Avenue, Suite 202
                                         Ebensburg, PA 15931
                                         (814) 471 6771
                                         PA ID# 49728