IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   MICHAEL D. BRICKS ) Case No. 24-70451 JAD
   ANGELA R. BRICKS )
                      ) Chapter 13
              Debtor(s). )
                      X   Related to Docs. #17, 28, 48 and 62

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒    a motion to dismiss case or certificate of default requesting dismissal

☐    a plan modification sought by: _____

☐    a motion to lift stay
      as to creditor _____

☐    Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated **10-30-24**
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒    Debtor(s) Plan payments shall be changed from **$1379** to **$1785** per month, effective **2/26**; and/or the Plan term shall be changed from ___ months to ___ months.

☐    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments,

-1-

the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐   Debtor(s) shall file and serve _____ on or before _____.

☐   If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐   If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒   Other:
- **Midfirst Bank CL.#5-2 governs with payment changes implemented.**
- **Trustee COD filed 12-10-25 (Doc 48) is resolved by this order.**
- *Debtor(s) are to fund the plan by **Wage Atttachment** [notwithstanding anything to the contrary in the plan] which is to be implemented within 14 days of the date of this Order (if not previously implemented). Debtor(s) are responsible for ensuring that the full monthly plan payment is made each month regardless of the manner in which payments are intended to be made. Trustee reserves the right to reject money orders or cashier's checks, provided further that if she, in her discretion, presents such items for payments she may keep the funds on hold for more than 30 days before distributing on such types of payments. Debtors making payments by money order or cashier's check assume the risk that distributions under the plan will be delayed because of the failure to pay by one of the approved methods (wage attachment, TFS, or ACH).*
- *To the extent the Plan is confirmed pre-bar date(s) or the completion of pending or contemplated litigation (including §506/522f action and objections to claims) or Loss Mitigation (LMP), or any other plan contingencies including sales, creditors will be paid per plan in the plan amount (or as superseded by this Confirmation Order or other Order(s) of Court) notwithstanding a claim in a greater amount or priority. Debtor shall review all proofs of claims as filed and to take such action(s), including modification of the Plan or this Confirmation Order, as is*

-2-

*necessary to address claim discrepancies and to address other subsequent events that will affect the adequacy of plan funding (including the outcome of contemplated or pending litigation, LMP, sale process, etc.) The need to address plan funding deficiency includes increasing the plan payment as necessary to fund 100% of timely filed and allowed non-specially classified unsecured creditors in 100% plan cases.*

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this __29th__ day of __January__, 202<u>6</u>

_____
United States Bankruptcy Judge     sjk
Jeffery A. Deller

Stipulated by:                    Stipulated by:

/s/Timothy J. Sloan               /s/ Kate DeSimone
Counsel to Debtor                 Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:  All Parties in Interest to be served by Clerk

FILED
1/29/26 2:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

-4-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-70451-JAD |
| Michael D. Bricks | Chapter 13 |
| Angela R. Bricks | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 29, 2026 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael D. Bricks, Angela R. Bricks, 228 Columbus Avenue, Cresson, PA 16630-1233 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 30 2026 00:18:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16454875 | + | Email/Text: bankruptcy@rentacenter.com | Jan 30 2026 00:19:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 16466558 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 30 2026 00:30:52 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16454876 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 30 2026 00:18:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 16454877 | + | Email/Text: ARUGGLES@ARCFCU.ORG | Jan 30 2026 00:18:00 | Arc Federal Credit Uni, 1919 7th Avenue, Altoona, PA 16602-2237 |
| 16454878 | + | Email/Text: dylan.succa@commercialacceptance.net | Jan 30 2026 00:18:00 | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 16454880 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 30 2026 00:30:40 | First Premier Bank, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 16480778 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 30 2026 00:19:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 16454881 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 30 2026 00:19:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 16459089 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2026 00:30:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16454882 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2026 00:30:42 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 16478749 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 30 2026 00:42:22 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 16454883 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 30 2026 00:18:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: pdf900 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| 16454884 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 30 2026 00:31:02 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 16454885 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2026 00:31:05 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16454888 | | Email/Text: docmanager@premierrents.com | Jan 30 2026 00:18:00 | The Premier Companies, Attn: Bankruptcy, 925 Capital Landing Rd, Ste B, Williamsburg, VA 23185 |
| 16459780 | + | Email/Text: ebnpeoples@grblaw.com | Jan 30 2026 00:18:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16454887 | + | Email/Text: bankruptcy@sw-credit.com | Jan 30 2026 00:19:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 16454886 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jan 30 2026 00:18:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 16454889 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 30 2026 00:19:00 | TSI, Attn: Bankruptcy, Po Box 15130, Wilmington, DE 19850-5130 |
| 16481383 | | Email/Text: BNCnotices@dcmservices.com | Jan 30 2026 00:19:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16467040 | | Email/Text: EDBKNotices@ecmc.org | Jan 30 2026 00:18:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16454879 | ##+ | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2026          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |

District/off: 0315-7 | User: auto | Page 3 of 3
Date Rcvd: Jan 29, 2026 | Form ID: pdf900 | Total Noticed: 23

    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Timothy J. Sloan
    on behalf of Joint Debtor Angela R. Bricks sloanlawpc@gmail.com  notices@uprightlaw.com;sloantr92635@notify.bestcase.com

Timothy J. Sloan
    on behalf of Debtor Michael D. Bricks sloanlawpc@gmail.com  notices@uprightlaw.com;sloantr92635@notify.bestcase.com

TOTAL: 6