**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| MICHAEL D. BRICKS<br>ANGELA R. BRICKS<br>Debtor(s) | Case No.:24-70451 JAD |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/30/2024 and confirmed on 02/11/2025 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 12,509.00 |
| Less Refunds to Debtor | 4.99 | |
| TOTAL AMOUNT OF PLAN FUND | | 12,504.01 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,082.24 | |
| Trustee Fee | 750.54 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,832.78 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| MIDFIRST BANK<br>Acct: 4914 | 0.00 | 8,795.38 | 0.00 | 8,795.38 |
| MIDFIRST BANK<br>Acct: 4914 | 20,925.66 | 0.00 | 0.00 | 0.00 |
| ALLY BANK(*)<br>Acct: 4275 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 8,795.38 |
| **Priority** | | | | |
| TIMOTHY J SLOAN ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL D. BRICKS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL D. BRICKS<br>Acct: | 4.99 | 4.99 | 0.00 | 0.00 |
| TIMOTHY J SLOAN ESQ<br>Acct: | 2,500.00 | 2,082.24 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 0324 | 0.00 | 875.85 | 0.00 | 875.85 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 875.85 |
| Unsecured | | | | | |
| | ACCEPTANCE NOW<br>Acct: 0528 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ARC FEDERAL CREDIT UNION<br>Acct: 3039 | 2,214.51 | 0.00 | 0.00 | 0.00 |
| | ARC FEDERAL CREDIT UNION<br>Acct: 4320 | 1,074.63 | 0.00 | 0.00 | 0.00 |
| | ARC FEDERAL CREDIT UNION<br>Acct: 3361 | 366.40 | 0.00 | 0.00 | 0.00 |
| | COMMERCIAL ACCEPTANCE<br>Acct: 8017 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT CONTROL COLLECTIONS++<br>Acct: 6376 | 0.00 | 0.00 | 0.00 | 0.00 |
| | FIRST PREMIER BANK++<br>Acct: 6885 | 0.00 | 0.00 | 0.00 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC(*)<br>Acct: 0001 | 1,361.54 | 0.00 | 0.00 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC(*)<br>Acct: 1777 | 675.58 | 0.00 | 0.00 | 0.00 |
| | LVNV FUNDING LLC<br>Acct: 5942 | 0.00 | 0.00 | 0.00 | 0.00 |
| | MARINER FINANCE LLC*<br>Acct: 3311 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES LL(<br>Acct: 6849 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SUNRISE CREDIT SVCS INC<br>Acct: 2993 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SOUTHWEST CREDIT SYSTEMS*<br>Acct: 8344 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PREMIER RENTAL COMPANIES<br>Acct: 0528 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PREMIER RENTAL COMPANIES<br>Acct: 1811 | 0.00 | 0.00 | 0.00 | 0.00 |
| | TRANSWORLD SYSTEMS<br>Acct: 7296 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PEOPLES NATURAL GAS CO LLC*<br>Acct: 4789 | 1,331.49 | 0.00 | 0.00 | 0.00 |
| | US DEPARTMENT OF EDUCATION<br>Acct: 5763 | 13,807.98 | 0.00 | 0.00 | 0.00 |
| | UPMC PHYSICIAN SERVICES<br>Acct: 9686 | 116.31 | 0.00 | 0.00 | 0.00 |
| | AIS PORTFOLIO SERVICES (AMERICAN IN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | GRB LAW**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

TOTAL PAID TO CREDITORS 9,671.23

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 20,925.66 |
| UNSECURED | 20.948.44 |

Date: 10/13/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com